FORM 3

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **SUMITOMO RUBBER INDUSTRIES, LTD.,** **SUMITOMO RUBBER (HUNAN) CO., LTD., and** **SUMITOMO RUBBER (CHANGSHU) CO., LTD.,** )<br><br>Plaintiffs, )<br><br>v. )<br><br>**UNITED STATES,** )<br><br>Defendant. ) | **SUMMONS**<br><br>Court No. 22-00117 |

TO: The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ **Mario Toscano**
Clerk of the Court

---

1. Plaintiffs Sumitomo Rubber Industries, Ltd., Sumitomo Rubber (Hunan) Co., Ltd., and Sumitomo Rubber (Changshu) Co., Ltd. are foreign producers and/or exporters of subject merchandise and therefore interested parties within the meaning of 19 U.S.C. §§ 1677(9)(A), 1516a(f)(3), and 28 U.S.C. § 2631(k)(1).  Plaintiffs participated in the administrative review before the Department of Commerce ("Department") that resulted in the contested final results.  Plaintiffs were therefore parties to the proceeding and have standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
(Name and standing of plaintiff)

2. Plaintiffs contest the final results of the fifth administrative review of the antidumping duty order on certain passenger vehicle and light truck tires from the People's Republic of China, as published in *Certain Passenger Vehicle and Light Truck Tires from the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2019-2020*, 87 Fed. Reg. 13,966 (Mar. 11, 2022).
(Brief description of contested determination)

FORM 3

3. <u>The Department issued the contested final results on March 4, 2022.</u>
   (Date of determination)

4. <u>The contested final results were published in the *Federal Register* on March 11, 2022.  See 87 Fed. Reg. 13,966.</u>
   (If applicable, date of publication in Federal Register of notice of contested determination)

          <u>/s/ Bernd G. Janzen</u>
          Bernd G. Janzen
          **Akin Gump Strauss Hauer & Feld LLP**
          2001 K Street N.W.
          Washington, D.C. 20006
          (202) 887-4309
          bjanzen@akingump.com

          *Counsel to Sumitomo Rubber Industries, Ltd., Sumitomo Rubber (Hunan) Co., Ltd. and Sumitomo Rubber (Changshu) Co., Ltd.*

<u>April 11, 2022</u>
Date

FORM 3

# UNITED STATES COURT OF INTERNATIONAL TRADE

*Sumitomo Rubber Industries, Ltd. et al v. United States*

**Court No. 22-00117**

I hereby certify that the foregoing Form 3 Summons and supporting documents will be served by U.S. certified mail, return receipt requested, on the following parties, pursuant to Rule 3(f):

| | |
|---|---|
| Attorney General of the United States<br>Attorney-in-Charge<br>International Trade Field Office<br>**U.S. DEPARTMENT OF JUSTICE**<br>Civil Division<br>26 Federal Plaza<br>Room 346, Third Floor<br>New York, NY 10278 | The Honorable Gina M. Raimondo<br>Attn: Office of the Chief Counsel for Import Administration<br>**U.S. DEPARTMENT OF COMMERCE**<br>14th Street and Constitution Avenue, N.W.<br>Washington, DC 20230 |
| Supervisory Attorney<br>Civil Division<br>Commercial Litigation Branch<br>**U.S. DEPARTMENT OF JUSTICE**<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20530 | <u>On behalf of United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC:</u><br>Roger B. Schagrin, Esq.<br>**SCHAGRIN ASSOCIATES**<br>900 7th Street, NW<br>Suite 500<br>Washington, DC 20001 |
| <u>On behalf of Giti Tire (USA) Ltd., Giti Tire Global Trading Pte. Ltd; Giti Radial Tire (Anhui) Company Ltd.; Giti Tire (Fujian) Company Ltd.; Giti Tire (Hualin) Company Ltd.:</u><br>Matthew J. McConkey, Esq.<br>**MAYER BROWN, LLP**<br>1999 K Street, NW<br>Washington, DC 20006-1101 | <u>On behalf of the Government of China:</u><br>Brady W. Mills, Esq.<br>**MORRIS, MANNING & MARTIN, LLP**<br>1401 I Street, NW<br>Suite 600<br>Washington, DC 20005 |

FORM 3

| | |
|---|---|
| On behalf of Shandong Habilead Rubber Co., Ltd; Qingdao Honghuasheng Trade Co., Ltd; Shandong Hongsheng Rubber Technology Co., Ltd; Qingdao Kapsen Trade Co.; Shandong Qilun Rubber Co., Ltd; Shandong Province Sanli Tire Manufactured Co., Ltd.; Qingdao Fullrun Tyre Tech Corp., Ltd.: <br> John J. Kenkel, Esq. <br> **DEKIEFFER & HORGAN** <br> 1090 Vermont Avenue, NW <br> Suite 410 <br> Washington, DC 20005 | On behalf of Shandong New Continent Tire Co., Ltd., Qingdao Landwinner Tyre Co., Ltd., Qingdao Sentury Tire Co. Ltd., Shandong Linglong Tyre Co., Ltd., Sailun Group Co., Ltd. ("Sailun Group"), formerly known as Sailun Jinyu Group Co., Ltd. ("Sailun Jinyu"), Sailun Group (HongKong) Co., Limited. ("Sailun HK"), formerly known as Sailun Jinyu Group (Hong Kong) Co., Limited. ("Sailun Jinyu HK"), Sailun Tire International Corp, and Sailun Tire Americas Inc., formerly known as SJI North America Inc.: <br> Brandon Petelin, Esq. <br> **GRUNFELD DESIDERIO LEBOWITZ SILVERMAN KLESTADT, LLP** <br> 1201 New York Ave, NW <br> Suite 650 <br> Washington DC 20005 |
| On behalf of Sumitomo Rubber (Hunan) Co. Ltd.: <br> Neil Ellis, Esq. <br> **LAW OFFICE OF NEIL ELLIS PLLC** <br> 5335 Wisconsin Avenue, NW <br> Suite 440 <br> Washington, DC 20015 | |

/s/ Bernd G. Janzen
Bernd G. Janzen
**Akin Gump Strauss Hauer & Feld LLP**
2001 K Street N.W.
Washington, D.C. 20006
(202) 887-4309
bjanzen@akingump.com

*Counsel to Sumitomo Rubber Industries, Ltd., Sumitomo Rubber (Hunan) Co., Ltd. and Sumitomo Rubber (Changshu) Co., Ltd.*

April 11, 2022
Date