## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Sumitomo Rubber Industries, Ltd. et al<br><br>Plaintiffs,<br><br>v.<br><br>United States,<br><br>Defendant. | Court No. 22-00117 |

## ORDER OF DISMISSAL

Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

    Mario Toscano
    Clerk of the Court

By:    <u>/s/ Scott Warner</u>
        Deputy Clerk

Date:  May 18, 2022
       New York, New York